DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT J. LITTLE, JR.,**
Appellant,

v.

**LAURIE A. LITTLE LEDERER,** and **STATE OF FLORIDA, DEPARTMENT OF REVENUE,**
Appellees.

No. 4D2025-2070

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Christine Burkhart, Judge; L.T. Case No. 502009DR010758XXXXSB.

Robert J. Little, Jr., Pembroke Pines, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah Carmen Prieto, Assistant Attorney General, Child Support Enforcement, Fort Lauderdale, for appellee State of Florida, Department of Revenue.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES A., Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***